**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSE MEZA,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-570-G** |
| **WARDEN OF CIMARRON CORRECTIONAL FACILITY et al.,** | ) | |
| **Respondents.** | ) | |

# ORDER

Petitioner Jose Meza filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). On November 2, 2026, Respondent filed a Notice (Doc. No. 19) stating that Petitioner was removed from the United States on October 31, 2026.

As it is apparent from the record that Petitioner is no longer in ICE custody, Petitioner's habeas claims are moot, and dismissal is warranted. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 19th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge